

**Attorneys at Law**

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Max Humann
Justin D. Ginter
Erin McCampbell Paris
Lynn M. Bochenek
Jaime Michelle Cain [5]
Richard A. Maltese, Jr.
Dale J. Bauman [2,6]
Karoline R. Faltas-Peppes
Melissa D. Wischerath [7]
Robert M. Corp [9]
Taylor D. Golba
Christina M. Croglio
Amy C. Keller [8]
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
John C. Doyle
Hillary E. Panek
Candace L. Morrison
Tyler L. Otterbein

**OF COUNSEL**
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**ALSO ADMITTED IN**
1 District of Columbia
2 Florida
3 California
4 Illinois
5 Pennsylvania
6 New Jersey
7 Oregon
8 Massachusetts
9 Connecticut

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

December 12, 2022

**VIA CM/ECF**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

RE: Patrice Williams v. New York State Gaming Commission
Case No. 1:19-cv-00720-JLS-HKS

Dear Judge Schroeder:

The May 3, 2022 Scheduling Order (Dkt. No. 22) in this matter requires that motions to compel be filed by December 16, 2022, and all fact discovery be completed by January 17, 2023. Due to the recent heavy trial and other associated schedules of counsel for the parties, the parties are jointly requesting an extension of 90 days to all dates remaining in the scheduling order; this is the first such request by either party.

Thank you for your kind attention to this request.

Very truly yours,

**LIPSITZ GREEN SCIME CAMBRIA** LLP

By: /s/Diane M. Perri Roberts
Diane M. Perri Roberts, Esq.

DMR/ras

Cc: David J. Sleight, Esq. (via CM/ECF)
Jeffrey F. Reina, Esq. (via CM/ECF)

Writer's Extension: 465
Writer's Direct Fax: 716-436-5742
E-Mail: droberts@lglaw.com